IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOREL ARGUILEZ,** | Case No. 2:24-cv-01730-DJC-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **D. CUEVAS, et al.,** | |
| Defendants. | |

Defendants now move to opt out of Post-Screening Early ADR and request the Court to set a responsive pleading deadline. Defense Counsel's motion and declaration indicate that a settlement conference would be a waste of resources at this stage of the proceedings.

Good cause appearing, the Court **GRANTS** Defendants' motion to opt out of Post-Screening Early ADR (ECF No. 22). Further, the Court **ORDERS** Defendants to respond to Plaintiff's Complaint (ECF No. 1) within 14 days.

Dated: January 31, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE