1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DOREL ARGUILEZ,                         No.  2:24-cv-1730 CKD P

11                  Plaintiff,

12          v.                               ORDER

13   D. CUEVAS, et al.,

14                  Defendants.

15

16          Plaintiff has filed a motion asking that his consent to magistrate judge

17   jurisdiction in this action be rescinded.  Because plaintiff fails to point to good cause

18   supporting his request or extraordinary circumstances required under 28 U.S.C.

19   § 636(c)(4) and Fed. R. Civ. P. 73(b), and none otherwise appears in the record, the

20   request (ECF No. 31) is DENIED.

21

22          IT IS SO ORDERED.

23   Dated:   **November 7, 2025**

24                                           Hon. Daniel J. Calabretta
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28

                                       1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28